GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW C. CASSELL
Assistant U.S. Attorney
Colorado State Bar No. 38157
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: Matthew.Cassell@usdoj.gov
Attorneys for Plaintiff

FILED

2023 MAR -8  AM 9: 07

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00318 TUC-RM(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

               Plaintiff,

vs.

Trisha Marie Manuel,

               Defendant.

I N D I C T M E N T

Violation
18 U.S.C. §§111(a)(1) and (b)
(Assault on a Federal Officer with a Dangerous Weapon)

Counts One and Two

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about April 8, 2022, in the District of Arizona, TRISHA MARIE MANUEL did intentionally, knowingly and recklessly forcibly assault, intimidate, and interfere with United States Border Patrol Agent J.D., a person designated under Title 18, United States Code, Section 1114, as a United States Border Patrol Agent at the time, who was engaged in and on account of his official duties, and in doing so, used a deadly and dangerous weapon, to wit: her vehicle, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

### COUNT TWO

On or about April 8, 2022, in the District of Arizona, TRISHA MARIE MANUEL did intentionally, knowingly and recklessly forcibly assault, intimidate, and interfere with United States Border Patrol Agent T.G., a person designated under Title 18, United States

Code, Section 1114, as a United States Border Patrol Agent at the time, who was engaged in and on account of his official duties, and in doing so, used a deadly and dangerous weapon, to wit: her vehicle, in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: March 8, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

MATTHEW C. CASSELL
Assistant U.S. Attorney

*United States of America v. Trisha Marie Manuel*
*Indictment Page 2 of 2*